UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER STEVENS,<br><br>        Plaintiff,<br><br>        v.<br><br>DEPARTMENT OF THE TREASURY – INTERNAL REVENUE SERVICE,<br><br>        Defendant. | Case No. 1:21-cv-01437-AWI-BAM<br><br>**ORDER STRIKING PLAINTIFF'S UNSIGNED REQUEST FOR DISMISSAL**<br><br>(Doc. 4) |

    Plaintiff Christopher Stevens ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in the instant action against the Department of the Treasury – Internal Revenue Service. (Doc. 1.) On January 3, 2022, Plaintiff filed a document requesting that this action "be stopped or discontinued," and indicating that he no longer wants to proceed pro se in this case. Plaintiff's document also seeks relief from the filing fee. (Doc. 4 at 1.)

    The Court construes Plaintiff's request that this action be stopped or discontinued as one for voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). However, the request is not signed, and there is no signature line.

    Unsigned filings cannot be considered by the Court, and therefore the filing will be stricken. Fed. R. Civ. P. 11(a); Local Rule 131. Each document submitted for filing must be

1

signed by the filing party.  Local Rule 131(b); Fed. R. Civ. P. 11(a).  Accordingly, the request filed on January 3, 2022 (Doc. 4), is STRICKEN from the record for lack of signature.  Plaintiff may re-file the document with his original signature for the Court's consideration.

IT IS SO ORDERED.

Dated: **January 5, 2022**          /s/ Barbara A. McAuliffe
                                     UNITED STATES MAGISTRATE JUDGE