UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER STEVENS,<br><br>   Plaintiff,<br><br>   v.<br><br>DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE,<br><br>   Defendant. | Case No.  1:21-cv-01437-AWI-BAM<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION**<br><br>(Doc. 7) |

Plaintiff Christopher Stevens ("Plaintiff"), a state prisoner proceeding *pro se* and *in forma pauperis*, initiated this against the Department of the Treasury, Internal Revenue Service on September 27, 2021. (Doc. 1.)

On March 2, 2022, the assigned magistrate judge screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A and determined that it failed to state a cognizable claim for relief or otherwise established this Court's jurisdiction. (Doc. 6.)  Plaintiff was granted leave to file an amended complaint to attempt to cure the deficiencies identified by the magistrate judge within thirty (30) days after service of that screening order.  (Id. at 8.)  Plaintiff was warned that his failure to file an amended complaint, or a notice of voluntary dismissal, in compliance with the screening order would result in a recommendation that this action be dismissed, with prejudice, due to Plaintiff's failure to state a claim and failure to obey a court order.  (Id.)  Plaintiff failed to file a first amended complaint or otherwise respond to the court's screening order.

1    Accordingly, on April 26, 2022, the magistrate judge issued findings and recommendations recommending that this action be dismissed, with prejudice, due to Plaintiff's failure to state a cognizable claim for relief, failure to obey a court order, and failure to prosecute. (Doc. 7.) The pending findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (Id. at 7.) To date, no objections to the findings and recommendations have been filed, and the time in which to so has now passed.

   In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court finds that the findings and recommendations are supported by the record and proper analysis.

   Accordingly, IT IS HEREBY ORDERED that:

   1.   The findings and recommendations issued on April 26, 2022 (Doc. 7) are adopted in full;

   2.   This action is dismissed, with prejudice, due to Plaintiff's failure to state a cognizable claim for relief, failure to obey a court order, and failure to prosecute; and

   3.   The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   June 10, 2022                                    /s/ signature
                                                SENIOR DISTRICT JUDGE